

# Fourth Court of Appeals
## San Antonio, Texas

February 8, 2017

No. 04-16-00783-CR

**IN RE** Adam **GONZALES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Relator filed this petition for writ of mandamus on December 2, 2016, complaining that the trial court had not ruled on his motions for post-conviction DNA testing and for appointment of counsel in connection with his request for DNA testing. On January 24, 2017, Respondent filed a copy of an order denying the motions. Because the trial court has ruled on the motions, Relator's petition for writ of mandamus has been rendered moot. Accordingly, this original mandamus proceeding is DISMISSED AS MOOT.

It is so **ORDERED** on February 8, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of February, 2017.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. A02-136, styled *State v. Adam Gonzales*, in the 216th Judicial District Court, Kerr County, Texas, the Honorable N. Keith Williams presiding.